## DEPT. OF TRANSPORTATION v. OVERTON

No. 426PA93

Case below: 111 N.C.App. 857

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 2 December 1993.

## FAIN v. FAIN

No. 456P93

Case below: 112 N.C.App. 365

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

## FIELDS v. FARMER BOY, AG, INC.

No. 405P93

Case below: 111 N.C.App. 928

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

## GRANDFATHER VILLAGE v. WORSLEY

No. 413P93

Case below: 111 N.C.App. 686

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 December 1993.

## HALES v. N.C. INSURANCE GUARANTY ASSN.

No. 418PA93

Case below: 111 N.C.App. 892

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 2 December 1993.